JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARK PERRY TAFFOLLA,  ) Case No. SACV 07-916-DOC (OP)
                     )
           Petitioner, ) JUDGMENT
                     )
      vs.            )
                     )
A. HEDGPETH, Warden, et al., )
                     )
           Respondents. )

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 22, 2009

_____
HONORABLE DAVID O. CARTER
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge